UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUE PINSLY and GARY PINSLY, | ) ) ) |
| Plaintiff, | ) ) ) NO. 3:25-cv-00843 |
| v. | ) ) |
| HOLOGIC, INC, | ) ) |
| Defendant. | ) |

## ORDER

Having considered the Joint Motion to Transfer Venue (Doc. No. 10) and for good cause, the motion is **GRANTED**.  This case is **TRANSFERRED** to the United States District Court for the District of Massachusetts with each party bearing its own costs associated with the transfer. Nothing in this Order prejudices any right of Hologic to assert any and all available defenses to the claims alleged against it following transfer.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE